IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN MANUEL GARZA-SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of the parties,

IT IS ORDERED that Defendant Garza-Silva's sentencing is continued to Monday, November 6, 2006, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

October 17, 2006.                         BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge