IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3114 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN MANUEL GARZA-SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the parties,

IT IS ORDERED that Defendant Garza-Silva's sentencing has been rescheduled before the undersigned United States district judge to Friday, November 17, 2006, at 12:00 noon, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 14, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge