IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3114 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JUAN MANUEL GARZA-SILVA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered for the United States of America, and against the defendant, Juan Manuel Garza-Silva, providing that the defendant shall take nothing, and his motion to vacate, set aside, or correct his sentence (filing 41) is denied on the merits and this § 2255 proceeding is dismissed with prejudice.

February 21, 2008.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge